UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Cynthia Columbo,

Case No.: 15-18551
Chapter: 7
Judge: MBK

### NOTICE OF PROPOSED ABANDONMENT

On 9/29/17, Barry W. Frost, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk: Clarkson S. Fisher U.S. Courthouse - 402 East State Street - Trenton, New Jersey, 08608

If an objection is filed, a hearing will be held before the Honorable Michael B. Kaplan on November 6, 2017 at 10 a.m. at the United States Bankruptcy Court, Courtroom no. 8. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property: 68 Pleasant Avenue, Brick, NJ - $300,000

Liens on property: $334,000

Amount of equity claimed as exempt: $0

Objections must be served on, and requests for additional information directed to:

Name: Barry W. Frost
Address: 3131 Princeton Pike, Building 5, Suite 110, Lawrenceville, NJ 08648
Telephone No.: 609-890-1500

*rev.8/1/15*

```
                          United States Bankruptcy Court
                               District of New Jersey
In re:                                                              Case No. 15-18551-MBK
Cynthia Columbo                                                     Chapter 7
          Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                 Page 1 of 2           Date Rcvd: Oct 02, 2017
                              Form ID: pdf905             Total Noticed: 39


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 04, 2017.
db           +Cynthia Columbo,    68 Pleasant Avenue,    Brick, NJ 08724-8103
lm          ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court: Nationstar Mortgage, LLC,    350 Highland Drive,
              Lewsville, TX 75067)
cr           +Nationstar Mortgage LLC,    RAS Citron, LLC,   130 Clinton Road,    Suite 202,
              Fairfield, NJ 07004-2927
cr           +Nationstar Mortgage LLC,    Stern, Lavinthal & Frankenberg,   105 Eisenhower Parkway,
              Suite 302,    Roseland, NJ 07068-1640
cr           +Nationstar Mortgage LLC,    Robertson, Anschutz & Schneid P.L.,    6409 Congress Avenue,,
              Suite 100,    Boca Raton, FL 33487,    UNITED STATES 33487-2853
515496946   ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
              (address filed with court: American Honda Finance,    201 Little Falls Dr,
              Wilmington, DE 19808)
515496948   ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank of America,    Po Box 982235,   El Paso, TX 79998)
515496947    +Bank of America,    1800 Tapo Canyon Rd,    Simi Valley, CA 93063-6712
515496949    +Capital One/Bestbuy,    Po Box 6497,   Sioux Falls, SD 57117-6497
515496950    +Capital One/Seaman,    90 Christiana Road,    New Castle, DE 19720-3118
515496951    +Chase Card,    Po Box 15298,   Wilmington, DE 19850-5298
515496952    +Chase Mort,    Po Box 24696,   Columbus, OH 43224-0696
515496953    +Citi,    Po Box 6241,   Sioux Falls, SD 57117-6241
515496954    +Citizens One Auto Finance,    480 Jefferson Blvd,   Warwick, RI 02886-1359
515496955    +Comenity Bank/Limited,    Po Box 182789,    Columbus, OH 43218-2789
515496956    +Comenity Bank/Victoria Secrets,    Po Box 182789,    Columbus, OH 43218-2789
515523664    +Department Stores National Bank For Macys Branded,    Bankruptcy Processing,    Po Box 8053,
              Mason, OH 45040-8053
515496957    +Dsnb Macys,    9111 Duke Blvd,   Mason, OH 45040-8999
515618594     ECMC,    PO BOX 16408,   ST. PAUL, MN, 55116-0408
515496958    +Furniturebar,    Po Box 94498,   Las Vegas, NV 89193-4498
516298273    +NATIONSTAR MORTGAGE LLC,    ROBERTSON, ANSCHUTZ & SCHNEID, P.L.,    BANKRUPTCY DEPARTMENT,
              6409 CONGRESS AVE., SUITE 100,    BOCA RATON, FL 33487-2853
516784897    +Nationstar Mortgage LLC,    Robertson, Anschutz & Schneid P.L.,
              6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
515496961     Ocean Medical Center,    PO Box 416801,    Boston, MA 02241-6801
515496962    +Pnc Bank,    103 Bellevue Pkwy,   Wilmington, DE 19809-3701
515496964    +Stu Ln Trust,    701 East 60th Stre,    Sioux Falls, SD 57104-0432
515496969    +Victor Columbo,    68 Pleasant Avenue,    Brick, NJ 08724-8103
515806404     Wells Fargo Bank NA,    PO Box 10438,    Des Moines IA   50306-0438
515532952     Wells Fargo Bank, N.A.,    PO Box 10438,    Des Moines, IA 50306-0438
515496970    +Wells Fargo Hm Mortgage,    Po Box 10335,   Des Moines, IA 50306-0335
515606642     eCAST Settlement Corporation, assignee,    of Citibank, N.A.,   POB 29262,
              New York, NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr            E-mail/Text: bnc@russotrustee.com Oct 02 2017 23:32:20     Albert Russo,
              Standing Chapter 13 Trustee,    CN 4853,   Trenton, NJ 08650-4853
smg           E-mail/Text: usanj.njbankr@usdoj.gov Oct 02 2017 23:31:13     U.S. Attorney,    970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 02 2017 23:31:09     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
515496960    +E-mail/PDF: pa_dc_claims@navient.com Oct 02 2017 23:28:18     Navient,    Po Box 9500,
              Wilkes Barre, PA 18773-9500
515718765     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 02 2017 23:34:38
              Portfolio Recovery Associates, LLC,    c/o Lowes,   POB 41067,   Norfolk VA 23541
515496965    +E-mail/PDF: gecsedi@recoverycorp.com Oct 02 2017 23:28:09     Syncb/Lowes,    Po Box 965005,
              Orlando, FL 32896-5005
515496968    +E-mail/Text: bankruptcy@td.com Oct 02 2017 23:31:15     TD Bank, NA,    Po Box 219,
              Lewiston, ME 04243-0219
515496966    +E-mail/Text: bankruptcy@td.com Oct 02 2017 23:31:15     TD Bank, NA,    70 Gray Rd,
              Portland, ME 04105-2299
515496967    +E-mail/Text: bankruptcy@td.com Oct 02 2017 23:31:15     TD Bank, NA,    32 Chestnut St,
              Lewiston, ME 04240-7799
                                                                                                TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +RAS Citron, LLC,    91 Clinton Rd Ste 2A,    Fairfield, NJ 07004-2917
lm*         ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court: Nationstar Mortgage,    350 Highland Drive,   Lewsville, TX 75067)
515600925*  ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court: Nationstar Mortgage LLC,    Attn: Bankruptcy Department,
              PO Box 619096,   Dallas, Texas 75261-9741)
```

```
District/off: 0312-3          User: admin             Page 2 of 2              Date Rcvd: Oct 02, 2017
                              Form ID: pdf905         Total Noticed: 39
```

```
           ***** BYPASSED RECIPIENTS (continued) *****
515496959*    ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
                (address filed with court:  Nationstar Mortgage, LLC,    350 Highland Drive,
                  Lewisville, TX  75067)
515496963    ##+RAS Citron, LLC,    91 Clinton Road, Suite 2A,   Fairfield, NJ 07004-2917
                                                                                    TOTALS: 0, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 29, 2017 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Barry  Frost    trustee@teichgroh.com, NJ94@ecfcbis.com
              Daniel E. Straffi    on behalf of Debtor Cynthia   Columbo dstraffi1@comcast.net,
               G25938@notify.cincompass.com
              Denise E. Carlon    on behalf of Creditor    NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC cmecf@sternlav.com
              Laura M. Egerman    on behalf of Creditor    Nationstar Mortgage LLC bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Patrick O. Lacsina    on behalf of Creditor    Nationstar Mortgage LLC bmusarra@rasnj.com,
               bkyecf@rasflaw.com,legerman@rasnj.com
                                                                                              TOTAL: 9
```