## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | | | |
|---|---|---|---|
| In re: | : | Case no.: | 15-18551 |
| | : | | |
| Cynthia Columbo | : | Chapter: | 7 |
| | : | | |
| | : | Judge: | Kaplan |
| Debtor(s) | : | | |
| | : | | |

## CERTIFICATION OF NO OBJECTION

I _____ Gary A. Nau _____, Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed:

☒ Abandonment

☐ Public Sale

☐ Private Sale

☐ Settlement of Controversy

☐ Auctioneer Compensation

Description of Property (if applicable):
68 Pleasant Ave., Brick, NJ.

JEANNE A. NAUGHTON, Clerk

Date: 10/31/2017 _____     By: Gary A. Nau _____

*rev.2/10/17*